74-370

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YOUNES O. RIAD | * | CIVIL ACTION NO. 2:19-cv-02838 |
|     Plaintiff | * | |
| vs. | * | JUDGE GREG GUIDRY |
| JUDITH GANICH, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DAVID PLATT, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * | SECTION "T" |
| | * | MAGISTRATE DANA DOUGLAS |
|     Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>NOTICE OF DEPOSITION</u>**

TO:    **YOUNES RIAD**
*Through his attorneys of record*
Ford T. Hardy, Jr.
Amber E. Welch
320 N. Carrollton Avenue, Suite 101B
New Orleans, Louisiana 70119

**JUDITH GANICH AND AMERICAN FAMILY MUTUAL INSURANCE COMPANY**
*Through their attorney of record*
Shannon C. Burr
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130

**INDIAN HARBOR INSURANCE COMPANY**
*Through its attorneys of record*
Karen M. Dicke
LaClaire L. Matthews
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130

PLEASE TAKE NOTICE that defendants, David Platt and State Farm Mutual Automobile Insurance Company, through undersigned counsel, will take the deposition of **YOUNES RIAD**, commencing at **1:00 p.m.** on **WEDNESDAY, NOVEMBER 20, 2019**, at the offices of Ford T. Hardy, Jr., 320 N. Carrollton Ave., Suite 101B, New Orleans, Louisiana, for all purposes authorized by the Federal Code of Civil Procedure, before a duly authorized court reporter, which deposition will continue until complete. You are hereby invited to attend and take part as you shall deem appropriate.

Respectfully Submitted,
BEAHM & GREEN

\_\_*/s/ Charles S. Green, Jr.*_____
**Charles S. Green, Jr. (# 21627)**
**Andrew M. Maestri (#30606)**
**Christopher G. Otten (#32626)**
*Attorneys for Ezell Williams and State Farm Mutual Automobile Insurance Company*
145 Robert E. Lee Boulevard, Ste. 400
New Orleans, Louisiana 70124-2552
Telephone (504) 288-2000
Facsimile (504) 288-2099
Charlie@beahm.com
Andrew@beahm.com
Chris@beahm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

\_\_*/s/ Charles S. Green, Jr.*\_\_